**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

IN RE:

                                           Case No. 25-24251-SMG

SAMI ITSHAIK                              CHAPTER 7

       Debtor.

_____/

**NOTICE OF FILING**

Creditor, VALLEY NATIONAL BANK, by and through the undersigned attorney, hereby files the following document:

      1.      Declaration in Support of Trustee's Motion to Approve Carveout Agreement with Secured Lender [ECF #76].

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by Email/USPS/ or CM/ECF to all parties below and those registered to receive same on 27th day of April, 2026.

                    KELLEY KAPLAN DELANEY & ELLER, PLLC
                    Attorneys for Creditor Valley National Bank
                    1665 Palm Beach Lakes Blvd. #1000
                    West Palm Beach, Florida 33401
                    Telephone No. (561) 491-1200
                    Facsimile No.  (561) 684-3773
                    bankruptcy@kelleylawoffice.com

                    By:/s/ Craig I. Kelley, Esq.
                    Craig I. Kelley, Esquire
                    Florida Bar No.: 782203

**Mailing Information for Case 25-24251 SMG**
**Electronic Mail Notice List**

- Marc P Barmat    mbarmat@furrcohen.com, yfernandez@furrcohen.com; staff1@furrcohen.com;barmatmr84158@notify.bestcase.com
- Marc P Barmat    barmat.trustee@furrcohen.com, mpb@trustesolutions.net
- Bruce Seth Goodman    bgoodman@zeklaw.com, 8630711420@filings.docketbird.com

- Dana L Kaplan  dana@kelleylawoffice.com, bankruptcy@kelleylawoffice.com; scott@kelleylawoffice.com;sarah@kelleylawoffice.com;laurie@kelleylawoffice.com
- Craig I Kelley    craig@kelleylawoffice.com, bankruptcy@kelleylawoffice.com; scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com
- Gerard M Kouri Jr.    gmkouripaecf@gmail.com, gmkouri@bellsouth.net
- Mark Ledwin    mark.ledwin@wilsonelser.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

**Manual Mailing**

Bruce S. Goodman
730 Third Avenue
New York, NY 10017

Sami Itshaik
118 Indiana Place
Brooklyn, NY 11234

Shaun Itshaik
2363 East 74th Street
Brooklyn, NY 11234