

**ORDERED in the Southern District of Florida on April 29, 2026.**

_Scott M. Grossman_

**Scott M. Grossman, Chief Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

Case No. 25-24251-SMG

SAMI ITSHAIK

Chapter 7

     Debtor.

_____/

**ORDER GRANTING TRUSTEE'S MOTION TO APPROVE**
**CARVEOUT AGREEMENT WITH SECURED LENDER**

THIS CASE came before the Court for a hearing on April 29, 2026, at 9:30 a.m. upon the _Trustee's Motion to Approve Carveout Agreement with Secured Lender_ [Dkt. No. 76] ("**Carveout Motion**"), filed by Marc P. Barmat, Chapter 7 Trustee ("**Trustee**"), the _Opposition of Shaun Itshaik, as Successor Trustee and Beneficiary of the 1052 East 57th Street Trust and the 1138 East Sith Street Trust, to the Trustee's Motion to Approve Carveout Agreement with Valley National Bank [Dkt. No. 76]_ [Dkt. No. 92] (**Objection**"), and _Creditor, Tower Capital Management's, as Servicer for NYCTL 2025-A Trust, Limited Objection to Trustee's Motion to Approve Carve-Out Agreement and Reservation of Rights_ [Dkt. No. 104] ("**Limited Objection**"), The Court has reviewed the Carveout Motion, Objection, and

1

Limited Objection and the record in this case, heard the argument of counsel for the Trustee and Shaun Itshaik, and is otherwise fully advised.  Accordingly, it is

**ORDERED that**

1.       The Carveout Motion is **GRANTED**, subject to the Limited Objection set forth below.

2.       The Limited Objection is **SUSTAINED.** NYCTL 2025-A Trust's first priority lien against the property located at 1138 East 57th Street, Brooklyn, NY, including amounts owed are not affected by the carveout agreement between Trustee and Valley National Bank approved in this Order.

3.       The Objection filed by Shaun Itshaik, as Successor Trustee and Beneficiary of the 1052 East 57th Street Trust and the 1138 East Sixth Street Trust, is **OVERRULED**.

4.       Nothing in this Order determines ownership or the bankruptcy estate's interest in the Brooklyn Properties[1] nor does this Order determine the standing of any party to object to any proposed sale of the Brooklyn Properties

5.       The rights of all parties in interest, including but not limited to all objections, with respect to any proposed sale of the Brooklyn Properties, are preserved.

###

**Submitted by:**

Jason S. Rigoli, Esquire
Furr and Cohen, P.A.
*Attorneys for Trustee*
2255 Glades Road, Suite 419A
Boca Raton, FL 33431
Telephone: (561) 395-0500
Facsimile: (561) 338-7532
Email: jrigoli@furrcohen.com

*Attorney Rigoli is directed to serve a copy of this Order on all required parties and file a Certificate of Service with the Court.*

---

[1] 1052 East 57th Street, Brooklyn, NY and 1138 East 57th Street, Brooklyn, NY.